**Dismissed and Memorandum Opinion filed April 22, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00198-CR

## MICHAEL CHARLES KIRSCH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 72227**

## M E M O R A N D U M    O P I N I O N

Appellant entered a guilty plea to theft. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for ten months in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. See Tex. R. App. P. 25.2(d). The record supports the trial court's certification. See Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Busby and Wise.

Do Not Publish — TEX. R. APP. P. 47.2(b)